UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD MENDEZ,

          Plaintiff,

-against-

UNITED STATES OF AMERICA,

          Defendant.
-------------------------------------------------------------X

JUDGMENT
05-CV- 1486 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 1 2 2005
TIME A.M. _____ P.M. _____

     A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on September 8, 2005, granting the government's motion to dismiss; and denying plaintiff's motion for return of property; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the government's motion to dismiss is granted; and that plaintiff's motion for return of property is denied.

Dated: Brooklyn, New York
       September 8, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court